United States Bankruptcy Court
Western District of Michigan

In re:                                                               Case No. 09-13043-swd
James F. Hartmann                                                    Chapter 12
Kathy M Hartmann
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0646-1          User: stewartb       Page 1 of 3          Date Rcvd: Dec 12, 2014
                              Form ID: closbkn     Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2014.
db/db        +James F. Hartmann,   Kathy M Hartmann,   8580 Carmody Rd,   Watervliet, MI 49098-8508
cr           +BAC Home Loans Servicing, L.P. fka Countrywide Hom,   2380 Performance Dr. Bldg C Mail Stop: R,
              Richardson, TX 75082-4333
cr           +BAC Home Loans Servicing, LP c/o Prober & Raphael,,   20750 Ventura Blvd, Suite 100,
              Woodland Hlls, CA 91364-6207
cr           +First Farmers Bank and Trust,   c/o Bruce R. Grubb,   Varnum LLP,   251 N. Rose Street,
              Fourth Floor,   Kalamazoo, MI 49007-3860
5740959       Advanta Bank Corp,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
5637537       American Express,   Customer Service,   P O Box 981535,   El Paso  TX  79998-1535
5679104       American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
5783206      +BAC Home Loans Servicing, LP,   7105 Corporate Drive,   PTX-B-35,   Plano, TX 75024-4100
5637539       BP,   Cardmember Service,   P O Box 94012,   Palatine  IL  60094-4012
5637538      +Benton Township Treasurer,   1725 Territorial Rd ste B,   Benton Harbor  MI 49022-1998
5710848       CAPITAL ONE BANK USA, N.A.,   BY AMERICAN INFOSOURCE LP AS AGENT,   PO Box 71083,
              Charlotte, NC 28272-1083
5637540       Capital One,   P O Box 30285,   Salt Lake City  Utah  84130-0285
5637541       Chase,   Cardmember Service,   P O Box 15298,   Wilmington DE  19850-5298
5637542       Chase,   Cardmember Service,   P O Box 15548,   Wilmington DE  19886-5548
5637543      +Chase Auto Finance,   P O Box 9001801,   Louisville  KY 40290-1801
5681003       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
5637545       Countrywide Home Loans,   Attn  Customer Service SVB-314,   P O Box 5170,
              Simi Valley  CA  93062-5170
5637546     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   MD 1MOC2G-4050,   38 Fountain Square Plaza,
              Cincinnati  OH  45263)
5637552       GMAC Mortgage,   Attn Customer Care,   P O Box 4622,   Waterloo IA  50704-4622
5637551       GMAC Mortgage,   3451 Hammond Ave,   P O Box 780,   Waterloo IA  50704-0780
5663894      +GMAC Mortgage, LLC,   Attn: Payment Processing,   3451 Hammond Ave,   Waterloo, IA 50702-5300
5689036      +GreenStone Farm Credit Services,   Attn: Susan J. Bardins,   3225 Walker Avenue NW,
              Grand Rapids, Michigan 49544-9775
5637554      +Greenstone Farm Credit FCB,   Attn: Susan J. Bardins,   3225 Walker Ave NW,
              Grand Rapids MI 49544-9775
5637555       Hsbc Retail Services,   P O Box 15521,   Wilmington DE  19850-5521
5637557      +INOVA  Federal Credit Union,   P O Box 1148 Elkhart,   Elkhart  IN 46515-1148
5674312       JP MORGAN CHASE BANK, N.A.,   CHASE AUTO FINANCE,   PO BOX 901032,   FT. WORTH, TX 76101-2032
5637558      +James Dahlke,   1040 Lausman Dr,   Saint Joseph  MI 49085-3215
5637559      +Jim and Barb Baerwald,   8383 Meadowbrook Rd,   Eau Claire  MI 49111-9604
5669908      +Mortgage Electronic Registration Systems, Inc.,   1100 Virginia Dr,
              Ft Washington, PA 19034-3204
5637561      +S & S Agricultural Supply  LLC,   9075 Industrial Dr,   Watervliet  MI 49098-9144
5637563       SCI Leasing Group,   2400 W State Rd,   Sheridan  IN  46069
5658418       Wells Fargo Bank, N.A.,   BDD Bankruptcy Dept, MAC s4101-08c,
              100 W. Washington St., Phoenix, AZ 85003
5637564      +Wells Fargo Businessline,   P O Box 348750,   Sacramento  CA 95834-8750
5637565       Wells Fargo Financial Leasing,   P O Box 4943,   Syracuse  NY 13221-4943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2014 21:58:50      Andy Vara,
              Office of the US Trustee,   The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,
              Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2014 21:58:50      Daniel J. Casamatta,
              Assistant U.S. Trustee,   Office of the U.S. Trustee,   The Ledyard Building, 2nd Floor,
              125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2014 21:58:50      David W. Asbach,
              Office of the US Trustee,   The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,
              Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2014 21:58:50      Dean E. Rietberg,
              Trial Attorney,   Office of the US Trustee,   The Ledyard Building, 2nd Floor,
              125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2014 21:58:50      Habbo G. Fokkena,
              Office of the United States Trustee,   Michigan/Ohio Region 9,
              The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2014 21:58:50      Matthew T. Cronin,
              Office of the US Trustee,   The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,
              Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2014 21:58:50      Michael V. Maggio,
              Trial Attorney,   Office of the US Trustee,   The Ledyard Building, 2nd Floor,
              125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2014 21:58:50      Michelle M. Wilson,
              Trial Attorney,   Office of the US Trustee,   The Ledyard Building, 2nd Floor,
              125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2014 21:58:50      Office of the U.S. Trustee,
              The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865

District/off: 0646-1          User: stewartb          Page 2 of 3          Date Rcvd: Dec 12, 2014
                              Form ID: closbkn        Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2014 21:58:50     United States Trustee,
                Michigan/Ohio Region 9,   The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2837
cr             +E-mail/Text: bnc@bass-associates.com Dec 12 2014 21:58:32     Capital One, N.A.,
                Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
cr              E-mail/Text: bankruptcy.bnc@gt-cs.com Dec 12 2014 21:58:44     GREEN TREE SERVICING LLC,
                Corporate Risk Management,   Po Box 6154,   Rapid City, SD  57709-6154
cr             +E-mail/Text: BKRMailOps@weltman.com Dec 12 2014 21:59:14     HUNTINGTON NATIONAL BANK,
                C/O WELTMAN, WEINBERG & REIS,   2155 BUTTERFIELD DR STE 200-S,   TROY, MI 48084-3463
cr             +E-mail/Text: bnc@bass-associates.com Dec 12 2014 21:58:33     eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
5637536         E-mail/Text: bkr@cardworks.com Dec 12 2014 21:58:30     Advanta Card,   P O Box 30715,
                Salt Lake City  UT  84130-0715
7039533        +E-mail/Text: bnc@bass-associates.com Dec 12 2014 21:58:32     Capital One, N.A.,
                c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
5637544        +E-mail/Text: cheryl.thornton@chemicalbankmi.com Dec 12 2014 21:59:06     Chemical Bank,
                720 Pleasant St,   Saint Joseph  MI 49085-1242
5643952         E-mail/PDF: mrdiscen@discoverfinancial.com Dec 12 2014 22:10:56     DISCOVER BANK,
                DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
5637547         E-mail/PDF: mrdiscen@discoverfinancial.com Dec 12 2014 22:10:56     Discover Card,
                PO Box 30943,   Salt Lake City  UT 84130
5705908        +E-mail/Text: collectionbankruptcies.bancorp@53.com Dec 12 2014 21:59:36     Fifth Third Bank,
                Bankruptcy Department/MD#RSCB3E,   1830 E Paris SE,   Grand Rapids MI 49546-6253
5637549         E-mail/Text: kent.glassburn@ffbt.com Dec 12 2014 21:58:45     First Farmers Bank & Trust,
                PO Box 690,   Converse  IN  46919-0690
5637550        +E-mail/Text: ally@ebn.phinsolutions.com Dec 12 2014 21:58:33     GMAC,   P O Box 2182,
                Greeley  CO 80632-2182
5649967        +E-mail/Text: ally@ebn.phinsolutions.com Dec 12 2014 21:58:33     GMAC,   PO Box 130424,
                Roseville, Mn 55113-0004
5761533        +E-mail/Text: bnc@bass-associates.com Dec 12 2014 21:58:32     HSBC Bank Nevada, N.A.,
                Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
5679752        +E-mail/Text: bankruptcy@huntington.com Dec 12 2014 21:58:55     Huntington National Bank,
                2361 Morse Road NC2W21,   Columbus, OH 43229-5891
5637556         E-mail/Text: bankruptcy@huntington.com Dec 12 2014 21:58:55     Huntington National Bank,
                P O Box 182232,   NC1W32,   Columbus  OH  43218-2232
5637560         E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2014 22:04:00     Lowe's,   P O Box 981064,
                El Paso  TX  79998-1064
5772545        +E-mail/PDF: rmscedi@recoverycorp.com Dec 12 2014 22:05:14
                Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB DISCOVER,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
5772544        +E-mail/PDF: rmscedi@recoverycorp.com Dec 12 2014 22:05:14
                Recovery Management Systems Corporation,   For GE Money Bank,   dba LOWES CONSUMER,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
5637562         E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2014 22:05:10     Sam's Club Discover,
                P O Box 981064,   El Paso TX  79998-1064
                                                                                         TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5637548*       ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,   P O Box 630778,   Cincinnati  OH  45263-0778)
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2014                            Signature:  /s/Joseph Speetjens

District/off: 0646-1          User: stewartb          Page 3 of 3          Date Rcvd: Dec 12, 2014
                             Form ID: closbkn         Total Noticed: 64

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2014 at the address(es) listed below:

              Brett  Border   on behalf of Creditor   GMAC Mortgage LLC. bborder@sspclegal.com,
              joumedian@sspclegal.com
              Bruce R. Grubb   on behalf of Creditor   First Farmers Bank and Trust brgrubb@varnumlaw.com,
              sjmiller@varnumlaw.com
              Daniel L. Kraft   on behalf of Debtor Kathy M Hartmann kraftd3@sbcglobal.net
              Daniel L. Kraft   on behalf of Debtor James F. Hartmann kraftd3@sbcglobal.net
              Dean R. Prober   on behalf of Creditor   BAC Home Loans Servicing, LP c/o Prober & Raphael, A Law
              Corporation cmartin@pralc.com
              Elizabeth M. Abood-Carroll   on behalf of Creditor   GMAC Mortgage, LLC bankruptcy@orlans.com,
              zuckergold@comcast.net;ANHSOA@earthlink.net
              Jon Jay Lieberman   on behalf of Creditor   HUNTINGTON NATIONAL BANK ecfwdm@weltman.com
              Joseph A. Chrystler    paljoey35@sbcglobal.net
              Marcy J. Ford   on behalf of Creditor   GMAC Mortgage LLC. westernecf@trottlaw.com
              Patti H. Bass   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Timothy  Hillegonds   on behalf of Creditor   GreenStone Farm Credit Services thillegonds@wnj.com,
              jnikodemski@wnj.com
                                                                              TOTAL: 11

Form CLOSBKN (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**James F. Hartmann**<br>8580 Carmody Rd<br>Watervliet, MI 49098<br>SSN: xxx–xx–0931<br>**Kathy M Hartmann**<br>8580 Carmody Rd<br>Watervliet, MI 49098<br>SSN: xxx–xx–3138<br><br>Debtors | **Case Number 09–13043–swd**<br><br>**Chapter 12**<br><br>**Honorable Scott W. Dales** |

# NOTICE OF CHAPTER 12 CASE CLOSED
# WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file a Certification of Completion of Instructional Course Concerning Personal Financial Management in compliance with 11 U.S.C. § 727(a)(11) & § 1328(g) and BR 1007(b)(7). If the debtor(s) wish to reopen the case to allow the filing of Financial Management Course Certificate, an appropriate motion must be filed with the Court pursuant to 11 U.S.C. 350(b).

☐ Debtor has not certified that all domestic support obligations due have been paid.

☑ An Order of Dismissal or an Order Denying/Revoking Discharge was issued by this Court.

☐ Reopening fee has not been paid.

☐ Pursuant to 11 U.S.C. § 1141(d)(5), a discharge of an individual Chapter 11 debtor will not be issued by the court until such time that the debtor has completed all payments due under the confirmed plan.

☐ Other.



Daniel M. LaVille
Daniel M. LaVille
Clerk of Court

**Dated:** December 12, 2014

[1] *Aliases for Debtor James F. Hartmann : dba Carmody Road Greenhouses, dba Coloma Wash–N–Dri*